NOT FOR PUBLICATION                                                                                          (Docket No. 36)

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY
CAMDEN VICINAGE

| | |
|---|---|
| KATHLEEN DECREE, | : |
| Plaintiff, | : Civil No. 07-3674 (RBK/AMD) |
| v. | : |
| UNITED PARCEL SERVICE, INC., et al., | : **ORDER** |
| Defendants. | : |

**THIS MATTER** having come before the Court upon the motion of Defendant United Parcel Service ("Defendant") for reconsideration of the Court's Opinion and Order dated September 18, 2009 denying Defendant's motion for summary judgment on Plaintiff's New Jersey Law Against Discrimination, N.J. Stat. Ann. § 10:5-1, et seq. claim for failure to accommodate her disability; and the Court having considered the submissions of the parties; and for the reasons expressed in an Opinion issued today;

**IT IS HEREBY ORDERED** that Defendant's motion for reconsideration is **DENIED**.

Dated: 4-19-2010                                          /s/ Robert B. Kugler
                                                                    ROBERT B. KUGLER
                                                                    United States District Judge